## UNITED STATES DISTRICT COURT

_____EASTERN_____ DISTRICT OF _____NORTH CAROLINA_____

INTERNET EAST, INC.,
STEVEN I. COHEN and
ANTONIO MARIE, III,

     Plaintiffs

v.

DURO COMMUNICATIONS,
INC.,

     Defendant

JUDGMENT IN A CIVIL CASE

CASE NO. 4:00-CV-37-H4

CIV OB# 63, P-130

FILED JUN 6 '00 U.S. W. DANIEL, CLERK

_____ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__X__ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.


IT IS ORDERED AND ADJUDGED this action is remanded to the Superior Court Division of Pitt County North Carolina and this case is closed.


**SO ORDERED - s/Malcolm J. Howard, United States District Judge.**

**The Above Judgment filed and entered June 6, 2000 and copies mailed to:**

Charles L. McLawhorn, Jr.
Attorney at Law
P.O. Box 8188
New Bern, NC  28563

Fred M. Wood, Jr.
Attorney at Law
101 S. Tryon St.
3700 Nationsbank Plaza
Charlotte, NC  28280

C. David Creech
Walter G. Merritt
Attorneys at Law
P.O. Drawer 1168
New Bern, NC  28563


June 6, 2000
Date

David W. Daniel
DAVID W. DANIEL, CLERK

(By) Deputy Clerk